LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 WILLIAMSBURG LANE
CHICO, CALIFORNIA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
E-Mail: esdceast@hubslaw.com

Attorneys for Plaintiff LARY FEEZOR

MICHELE Z. STEVENSON, SBN 180882
LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 VENTURE OAKS WAY, SUITE 390
SACRAMENTO, CALIFORNIA 95833
Telephone: (916) 830-7200
Facsimile: (916) 561-0828
E-mail: mzstevenson@littler.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>v.<br><br>AUTOZONE WEST, INC. dba AUTOZONE #5682;KAZUO MIYAHARA, TRUSTEE OF THE MIYAHARA TRUST AGREEMENT DATED MAY 20, 1992; HATSUMI MIYAHARA, TURSTEE OF THE MIYAHARA TRUST AGREEMENT DATED MAY 20, 1992<br><br>    Defendants.<br>_____/ | Case No. 2:09-CV-00463-JAM-DAD<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR, and defendants, AUTOZONE WEST, INC. dba AUTOZONE #5682; KAZUO MIYAHARA, TRUSTEE OF THE MIYAHARA TRUST AGREEMENT DATED MAY 20, 1992; HATSUMI MIYAHARA, TRUSTEE OF THE MIYAHARA TRUST AGREEMENT DATED MAY 20, 1992, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: March 23, 2010          DISABLED ADVOCACY GROUP, APLC


*/s/ Lynn Hubbard III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: March 23, 2010          LITTLER MENDELSON


*/s Michele Z. Steverson*
MICHELE Z. STEVERSON
Attorney for Defendants


**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-CV-00463-JAM-DAD, is hereby dismissed with prejudice.

Dated: March 24, 2010          /s/ John A. Mendez
                               United States District Court Judge